DENNIS K. BURKE
United States Attorney
District of Arizona
JANE WESTBY
Assistant U.S. Attorney
Arizona State Bar No.: 017550
Evo A. DeConcini Federal Courthouse
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Jane.Westby@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | 11-03131M |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| Philip Mark Cain, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Jane Westby, Assistant United States Attorney for the District of Arizona, is representing the United States of America as counsel in the above-captioned matter.

Respectfully submitted this 25th day of February, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

JANE WESTBY
Assistant United States Attorney