UNITED STATES DISTRICT COURT                                   MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 2/28/2011          CASE NUMBER: 11-03131M

USA vs. PHILIP MARK CAIN

U.S. MAGISTRATE JUDGE: GLENDA E. EDMONDS    Judge #: 70BH

U.S. Attorney   Lawrence Lee (duty)                    INTERPRETER REQ'D   N/A

Attorney for Defendant   Jeffrey Bartolino (Appointed)

INITIAL APP: ☒ HELD    DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

☒ Complaint Filed  ☒ DOA 2/28/2011           ☐ Warrant Other District      ☐ Financial Afdvt taken
                                             ☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
                                             ☐ Counsel waives reading of the Complaint/Indictment
                                             ☐ ORDER Indictment/Complaint unsealed

☒ Defendant states true name to be   SAME  .
  Further proceedings Ordered in defendant's true name.

☒ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
  is ☒ Granted  ☐ Denied

☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☒ § 3142(f)  ☐ § 3142(d)

PSA recommends   Release                                      ; Gov't ☐ concurs  ☐ objects
GOVERNMENT recommends   Detention

☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____

☐ Defendant signed Order Setting Conditions of Release and released on _____

| **DETENTION HEARING**: ☐ Held ☐ Cont'd ☐ UA<br>Set for: 3/2/2011 at 10:30 AM<br>before: MAGISTRATE JUDGE EDMONDS | **PRELIMINARY HEARING**: ☐ Held ☐ Waived<br>Set for: 3/2/2011 at 10:30 AM<br>before: MAGISTRATE JUDGE EDMONDS |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found  ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**   Set for                                    before: ||

OTHER:   Jeffrey Bartolino, CJA is appointed as counsel of record.

                                            Recorded by Courtsmart            IA: 0
                                            BY:  Armida Butler
                                            Deputy Clerk