UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 3/2/2011                CASE NUMBER: 11-03131M

USA vs. PHILIP MARK CAIN

U.S. MAGISTRATE JUDGE: MAGISTRATE GLENDA E. EDMONDS   Judge #: 70BH

U.S. Attorney Jane Westby                              INTERPRETER REQ'D N/A

Attorney for Defendant Jeffrey Bartolino (Appointed)

INITIAL APP: ☐ HELD   DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☐ RELEASED   ☒ CUSTODY

☐ Complaint Filed  ☐ DOA _____    ☐ Warrant Other District     ☐ Financial Afdvt taken
                                   ☐ Warrant Phx Div.            ☐ No Financial Afdvt taken
                                   ☐ Counsel waives reading of the Complaint/Indictment

☐ Defendant states true name to be _____. Further proceedings Ordered in defendant's true name.

**MATERIAL WITNESS(ES)**: _____
**It is ordered that ___ is appointed as attorney for Material Witness(es).**

☐ Government's motion for detention and request for a continuance of the Detention Hearing pursuant to §3142(e) & (f)
   is ☐ Granted ☐ Denied

☐ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to ☐ § 3142(f) ☐ § 3142(d)

PSA recommends _____; Gov't ☐ concurs ☐ objects
GOVERNMENT recommends _____
☐ Court accepts/rejects stip of ptys/recommendation by _____
Bail set at $ _____
☐ Defendant signed Order Setting Conditions of Release and released on _____

| DETENTION HEARING: ☐ Held ☒ Cont'd ☐ UA<br>Set for: 3/2/11 at 4:00 pm<br>before: Magistrate Judge Edmonds | PRELIMINARY HEARING: ☐ Held ☒ Cont'd<br>Set for: 3/2/11 at 4:00 pm<br>before: Magistrate Judge Edmonds |
|---|---|
| Gov't's request for detention ☐ Granted ☐ Denied | ☐ Probable cause found  ☐ Held to answer before Dist. Court |
| ☐ Defendant Ordered detained pending trial<br>☐ Gov't withdraws request to detain defendant | ☐ PRELIMINARY HEARING telephonically waived and DEEMED Waived, VACATE hearing set for |
| **ARRAIGNMENT**   Set for            before: | |

OTHER: The Government and Defense Counsel inform the Court that they will have witnesses and evidence to present at the Detention Hearing. IT IS ORDERED that the Detention/Preliminary Hearings are reset to March 2, 2011 at 4:00 pm before Magistrate Judge Edmonds.

Recorded by Courtsmart
BY: Cindy Stewart              Status Hrg: 0
Deputy Clerk