1 DENNIS K. BURKE
United States Attorney
2 District of Arizona
JANE WESTBY
3 Assistant U.S. Attorney
Arizona State Bar No.: 017550
4 405 W. Congress, Suite 4800
Tucson, Arizona 85701
5 Telephone (520)620-7300
Email: jane.westby@usdoj.gov
6 Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Philip Mark Cain,<br><br>　　　　Defendant. | Mag. No.  11-03131M<br><br>**NOTICE:  DESIGNATION<br>OF VICTIM CASE** |

NOTICE is hereby given, that the above referenced matter is designated a Victim Case.

DATED this 4th day of March, 2011.

　　　　　　　　　　　　　　　　　　DENNIS K. BURKE
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona


　　　　　　　　　　　　　　　　　*s/Jane Westby*

　　　　　　　　　　　　　　　　　JANE WESTBY
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


Copy of the foregoing served electronically
or by other means this 4th day of March, 2011, to:

Jeffrey Bartolino, Esq.